UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADE BROWN,

    Plaintiff,

v.

WALTER CONKLIN, et al.,

    Defendants.

_____/

Case No. 1:18-cv-554

HON. JANET T. NEFF

## **ORDER**

This is a civil rights action brought by an inmate under 42 U.S.C. § 1983. Defendants Conklin, Burns, Martens, Simon, Moody, Watkins, Powers, Hengesbach, Gardner, and Elliot filed a Motion for Summary Judgment (ECF No. 124). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 10, 2020, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 137) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 124) is GRANTED IN PART AND DENIED IN PART. The Motion is granted as to Plaintiff's deliberate indifference claim against Defendant Moody, and denied as to Plaintiff's excessive force claim against the remaining Defendants. Defendant Amy Moody is terminated.

Dated: August 6, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge